# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMSES ROUTIER,**<br><br>    Plaintiff,<br><br>        v.<br><br>**WILBUR ROSS, Secretary, Department of Commerce,**<br><br>    Defendant. | Civil Action No. 17-2833 (JEB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held December 4, 2018, the Court ORDERS that the following schedule shall govern further proceedings:

1. Any motions to amend a pleading shall be filed by December 11, 2018;

2. Initial disclosures shall be due by December 18, 2018;

3. Proponent's Rule 26(a)(2) disclosures shall be submitted by January 9, 2019;

4. Defendant shall serve Plaintiff a copy of the administrative record and file a certified list of the contends of that record with the Court by January 18, 2019;

5. Opponent's Rule 26(a)(2) disclosures shall be submitted by February 8, 2019;

6. Discovery shall close on April 3, 2019;

7. A post-discovery status hearing is scheduled for April 5, 2019, at 10:00 a.m. in Courtroom 25;

8. No discovery motions may be filed without leave of court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall

jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

9. Parties may not extend any deadline by stipulation; instead, parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

**SO ORDERED.**

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: December 4, 2018